# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                       No. 4:11CR00069-01 JLH

BROOKE MARIE MARTINEZ                                           DEFENDANT

## ORDER

In open court on this date, the government made an oral motion that the Indictment against defendant Brooke Marie Martinez be dismissed. Without objection, the motion is granted. Count one of the Indictment is hereby dismissed as to this defendant.

IT IS SO ORDERED this 10th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE