# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.                No. 4:11CR00069-02 JLH

RAMON ERNESTO MARTINEZ                      DEFENDANT

## ORDER

The Court hereby orders that the transcript of the sentencing hearing held on October 25, 2012, be sealed.

IT IS SO ORDERED this 29th day of October, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE